UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>S.C. ANDERSON, INC.,<br><br>Defendant. | Case No. 1:22-cv-01441-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE ANSWER TO COMPLAINT<br><br>(ECF No. 7) |

On November 7, 2022, Plaintiff filed a Complaint against Defendant. (ECF No. 1). On November 21, 2022, the summons returned executed which set Defendant's time to answer the Complaint no later than December 2, 2022.

On November 30, 2022, the parties submitted a stipulation requesting a seven-day extension in Defendant's time to answer Plaintiff's complaint. (ECF No. 7). For the reasons set forth in the stipulation, the Court finds good cause to grant the parties' requested extension.

However, the parties' stipulation violates Local Rules 137 and 143 because it was not submitted to Court with a proposed order and no such proposed order was transmitted by email in Word format to the undersigned's email box listed on the Court's website. The parties are directed to carefully observe and abide by this Court's Local Rules in all future proceedings.

///

///

1  Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED,
2  Defendant's deadline to file a responsive pleading shall be extended to **December 9, 2022.**
3  IT IS SO ORDERED.

4  Dated:  **December 1, 2022**   _____
5  UNITED STATES MAGISTRATE JUDGE

2