UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>S.C. ANDERSON, INC.,<br><br>Defendant. | Case No. 1:22-cv-01441-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING NON-EXPERT DISCOVERY DEADLINE<br><br>(Doc. 24) |

On November 7, 2022, Plaintiff Travelers Property Casualty Company of America filed a complaint against Defendant S.C. Anderson, Inc. (Doc. 20). On March 3, 2023, the Court issued a scheduling order setting case management dates for the action. (Doc. 20).

Pending before the Court is the parties' first stipulated request to amend the non-expert discovery deadline. (Doc. 24 at 2). Based on the parties' stipulation and for good cause appearing, it is HEREBY ORDERED:

1. The non-expert discovery deadline is extended from September 18, 2023, to **October 9, 2023**; and

1

2. All other case management dates (Doc. 20) shall remain unchanged.

IT IS SO ORDERED.

Dated:  **September 1, 2023**            _____
                                        UNITED STATES MAGISTRATE JUDGE