UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>S.C. ANDERSON, INC.,<br><br>Defendant. | Case No. 1:22-cv-01441-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY CUTOFF DATE<br><br>(Doc. 28) |

Pending before the Court is the parties' stipulated request for a three-week extension of the expert discovery deadline. (Doc. 28). The parties represent that they encountered conflicts in coordinating expert depositions and thus require a brief extension of the expert discovery deadline. This is the parties' second stipulated request to modify the scheduling order and they represent granting the requested extension will not require adjustment of other case management dates. Accordingly, good cause appearing, it is HEREBY ORDERED:

1. The expert discovery deadline, presently set for November 17, 2023, is extended to **December 8, 2023**; and

2. All other case management dates (Docs. 20, 25) shall remain unchanged.

IT IS SO ORDERED.

Dated:   **November 15, 2023**                               _____
                                                             UNITED STATES MAGISTRATE JUDGE