UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>S.C. ANDERSON, INC.,<br><br>Defendant. | Case No. 1:22-cv-01441-JLT-CDB<br><br>ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER<br><br>(Doc. 43) |

Pending before the Court is the parties' fifth stipulated request to amend the scheduling order, to the extent of extending the nonexpert discovery deadline and resetting the pretrial conference and trial dates. (Doc. 43). The parties also request to set a deadline for completion of mediation.

In support of their request, the parties represent that they require "additional discovery into the factual issue identified by this Court in its March 6, 2026, Order [denying cross-motions for summary judgment, Doc. 42], including written discovery and depositions." They state that they require at least 120 days to complete this discovery in order to accommodate the schedules of non-party witnesses, and request 60 days to mediate the action after completion of discovery on the issues set forth in the Court's order (Doc. 42). The parties also set forth dates of counsel's unavailability. *Id.* at 2.

For good cause shown, the parties' stipulated request to amend the scheduling order will

be granted as modified to accommodate the Court's calendar.

**Conclusion and Order**

Accordingly, for good cause appearing, it is HEREBY ORDERED:

1.  The nonexpert discovery deadline is extended to **August 14, 2026**;

2.  The parties shall complete mediation no later than **October 16, 2026**;

3.  The pretrial conference date is reset for **February 8, 2027**; and

4.  The trial date is reset for **April 6, 2027**.

All other provisions of the operative scheduling order (Doc. 20) and existing case management dates not in conflict with this order remain in effect.

IT IS SO ORDERED.

Dated:    **April 10, 2026**

UNITED STATES MAGISTRATE JUDGE