THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera, Esq. (SBN 192390)
Lindsee B. Falcone, Esq. (SBN 268072)
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Plaintiff,<br><br>v.<br><br>S.C. ANDERSON, INC.; a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:22-cv-01441-JLT-CDB<br><br>Complaint Filed: September 18, 2019<br><br>~~**[PROPOSED]**~~ **ORDER EXTENDING DISCOVERY DEADLINE**<br><br>Discovery Cut-Off: August 14, 2026<br>Trial Date: March 22, 2027 |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation filed by the Parties in *The Travelers Indemnity Company of America v. S.C. Anderson, Inc.,* Case No. 1:22-cv-01441-JLT-CDB and enters the following Order pursuant to its terms:

1. The August 14, 2026 Discovery Cut-Off is now RESET for September 30, 2026 only for the deposition of George Vogt, Esq. as addressed by the Parties in their Stipulation.

2. All other dates, deadlines, and instructions contained in the April 6, 2026 Joint Scheduling (ECF No. 43), SHALL remain in effect.

Dated: August 10, 2026

HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE